UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Richard Dimas Martinez )<br>)<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08CR2906-JM<br>                 08MJ2514<br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District/~~Magistrate Judge,   RUBEN B. BROOKS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).)

Mat. Wit. Yazmin Cuenca-Patron

DATED: 08/28/2008

RUBEN B. BROOKS

UNITED STATES ~~DISTRICT/~~MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by
     Deputy Clerk   B. Brown

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082