UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 08 CR 2906 JM |
| Plaintiff | ) | 08MJ2514 |
|  | ) | ORDER |
| vs. | ) |  |
| Richard Dimas Martinez | ) | RELEASING MATERIAL WITNESS |
|  | ) |  |
|  | ) | Booking No. |
| Defendant(s) | ) |  |

On order of the United States ~~District~~/Magistrate Judge,   RUBEN B. BROOKS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / **Order of Court**).

Mat. Wit Norma Gonzalez - Gorrostieta

DATED:  Aug. 28, 2008

RUBEN B. BROOKS
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by
Deputy Clerk   B. Bryan